Glenn Donath, Plaintiff-Appellee, v. Anna L. Donath, Defendant-Appellant.

Gen. No. 11,753.

Second District, First Division.

August 29, 1963.

Russell J. Goldman and Roald A. Jacobsen, of Rockford, for appellant; Espey C. Williamson, of Peoria, for appellee. Opinion by JUDGE DOVE. Not to be published in full.